**FILED**

09/02/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0347







FILED

SEP 02 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## THE OFFICE OF THE CLERK OF SUPREME COURT
### HELENA, MONTANA 59620-3003

Supreme Court No.
DA 22-0347

STATE OF MONTANA,

      Plaintiff and Appellee,

v.                                                                    **GRANT OF EXTENSION**

MATTHEW RYAN AILER,

      Defendant and Appellant.

      Pursuant to authority granted under M. R. App.P. 26(1), Appellant is given an extension of time until October 9, 2022, to prepare, file, and serve the Appellant's brief.

DATED this September 2, 2022

_____
Bowen Greenwood
Clerk of the Supreme Court

c:     Matthew Ryan Ailer, Austin Miles Knudsen, Daniel M. Guzynski, Selene Marie Koepke